UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHITO PEPPLER, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 19-11568-DJC |
| MARYLOU SANDRY, et al., ) | |
| Defendants. ) | |

## ORDER

**CASPER, J.**                                                                                        **November 25, 2019**

Plaintiff Chito Peppler initiated this action by filing a *pro se* complaint accompanied by a motion for leave to proceed *in forma pauperis*. D. 1 - 2. On August 21, 2019, Peppler's motion for leave to proceed to proceed *in forma pauperis* was denied without prejudice to refiling, within twenty-one days from the date of the Order, a renewed application. D. 4.

By Order dated September 30, 2019, the court denied Peppler's renewed *in forma pauperis* application and advised Peppler that he must pay the $400 filing fee within twenty-one days of the date of the Order or the action will be dismissed without prejudice. D. 6.

The time for responding to the court's September 30, 2019 Order has expired. The court's records indicate that Peppler has not paid the filing fee. Therefore, the above entitled action is hereby DISMISSED without prejudice.

**SO ORDERED.**

                                                                 /s/ Denise J. Casper
                                                                  Denise J. Casper
                                                                  United States District Judge